```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 10095
   WILLIE B WESTBROOKS
   ARMELIA WESTBROOKS                            CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-9595     SSN XXX-XX-2728

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                               PAID        PAID
-------------------------------------------------------------------------------
BANK OF NEW YORK          CURRENT MORTG         .00             .00         .00
BANK OF NEW YORK          MORTGAGE ARRE         .00             .00         .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      554.00           42.52      232.09
CAPITAL ONE               UNSEC W/INTER      823.91           63.23      345.18
CITY FINANCIAL SVCS       UNSEC W/INTER NOT FILED               .00         .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER NOT FILED               .00         .00
DEREK J DAWSON            UNSEC W/INTER NOT FILED               .00         .00
CONSCRDTSVCS              UNSEC W/INTER NOT FILED               .00         .00
WOW INTERNET & CABLE SER  UNSEC W/INTER NOT FILED               .00         .00
AT&T BROADBAND            UNSEC W/INTER NOT FILED               .00         .00
AT&T WIRELESS             UNSEC W/INTER NOT FILED               .00         .00
SBC                       UNSEC W/INTER NOT FILED               .00         .00
HOUSEHOLD MORTGAGE SERVI  UNSEC W/INTER NOT FILED               .00         .00
IQ TELECOM                UNSEC W/INTER NOT FILED               .00         .00
NET 1ST BANK              UNSEC W/INTER NOT FILED               .00         .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1010.03           77.49      423.15
VISION SALON EYE CARE AS  UNSEC W/INTER      600.95           46.08      251.77
CAPITAL ONE               UNSEC W/INTER      718.93           55.13      301.20
ASSET ACCEPTANCE LLC      UNSEC W/INTER       76.85            6.12       32.07
CITY OF CHICAGO WATER DE  SECURED NOT I     1246.97             .00         .00
NEAL FELD                 DEBTOR ATTY       1,950.00                    1,950.00
TOM VAUGHN                TRUSTEE                                         299.97
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    4,126.00

PRIORITY                                             .00
SECURED                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10095 WILLIE B WESTBROOKS & ARMELIA WESTBROOKS
```

```
UNSECURED                                                  1,585.46
    INTEREST                                                 290.57
ADMINISTRATIVE                                             1,950.00
TRUSTEE COMPENSATION                                         299.97
DEBTOR REFUND                                                    .00
                              ----------------      ----------------
TOTALS                               4,126.00              4,126.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```